UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 2 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

In re: LOS ANGELES TIMES COMMUNICATIONS, LLC.

———

LOS ANGELES TIMES COMMUNICATIONS, LLC,

    Petitioner,

v.

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,

    Respondent.

UNITED STATES OF AMERICA and MARK DAVID HANDEL,

    Real Parties in Interest.

No. 24-6972

D.C. No. 20-cr-00612
Central District of California, Los Angeles

ORDER

    The motions for an extension of time to file an answer to the petition for writ of mandamus (Docket Entry Nos. 14 & 15) are granted. The responses are due February 20, 2025. Petitioner may file a reply within 5 days after service of the answers.

    The court will serve a copy of this order on the district court and District Judge Wright.

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT